**INDEX OF EXHIBITS TO PLAINTIFF
HURRICANE ELECTRIC LLC'S COMPLAINT**

| Exhibit No. | Document Description |
|---|---|
| 1 | March 19, 2020 cease and desist letter from Kerry S. Culpepper to Mike Leber, Agent for Hurricane Electric |
| 2 | May 1, 2020 cease and desist letter from Kerry S. Culpepper to Neil D. Greenstein |
| 3 | June 15, 2020 correspondence from Neil D. Greenstein to Kerry S. Culpepper |
| 4 | May 20, 2020 cease and desist letter from Kerry S. Culpepper to Neil D. Greenstein |
| 5 | Docket Report Entry Number 51 regarding District of Hawaii case number 19-cv-169-LEK-KJM |
| 6 | Wikipedia - https://en.wikipedia.org/wiki/Internet_backbone |
| 7 | Screen-print of the web page https://www.techworm.net/2020/04/torrent-site-yts-piracy-lawsuit-online.html |
| 8 | Subpoena to Hurricane Electric LLC dba Hurricane Electric Internet Services in the United States District Court for the District of Hawaii, Case No. MC 19-00250 JMS-RT |