JOSHUA M. DICKEY
Nevada Bar No. 6621
**BAILEY❖KENNEDY**
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148
Telephone: (702) 562-8820
Facsimile: (702) 562-8821
Email: jdickey@baileykennedy.com

NEIL D. GREENSTEIN
Virginia Bar No. 18555
**TECHMARK**
1751 Pinnacle Drive, Suite 1000
Tysons, VA 22102
Telephone (347) 514-7717
Facsimile: (408) 280-2250
Email: ndg@techmark.com
[Will Comply with LR IA 11-2 within 45 days]

*Attorneys for Plaintiff*
*HURRICANE ELECTRIC LLC*

### IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF NEVADA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>    Plaintiff,<br><br>    v.<br><br>MILLENNIUM FUNDING, INC.; BODYGUARD PRODUCTIONS, INC.; UN4 PRODUCTIONS, INC.; HOMEFRONT PRODUCTIONS, INC.; MILLENNIUM MEDIA, INC.; CRIMINAL PRODUCTIONS, INC.; CLEAR SKIES NEVADA, LLC; HUNTER KILLER PRODUCTIONS, INC.; LHF PRODUCTIONS, INC.; RAMBO V PRODUCTIONS, INC.; FALLEN PRODUCTIONS, INC.; WICKED NEVADA, LLC; 211 PRODUCTIONS, INC.; FATHERS & DAUGHTERS NEVADA, LLC; VOLTAGE DEVELOPMENT NCCF, LLC; HB PRODUCTIONS, INC.; STATUS UPDATE, LLC; STOIC PRODUCTIONS, INC.; COBBLER NEVADA, LLC; SURVIVOR PRODUCTIONS, INC.; TREVOR SHORT; and, AVI LERNER,<br><br>    Defendants. | Case No.  2:20-cv-01034<br><br>**FED. R. CIV. P. 7.1 DISCLOSURE STATEMENT AND LOCAL RULE 7-1.1 CERTIFICATE AS TO INTERESTED PARTIES OF PLAINTIFF HURRICANE ELECTRIC LLC** |

Pursuant to Federal Rule of Civil Procedure 7.1 and Local Rule 7.1-1, plaintiff Hurricane Electric LLC ("HE"), by and through its counsel, certifies that no publicly held companies own 10% or more of HE.  The following may have a direct pecuniary interest in the outcome of this case:

1. Mike Leber, Member of Hurricane Electric LLC; and

2. Paula Leber, Member of Hurricane Electric LLC.

These representations are made to enable judges of the Court to evaluate possible disqualifications or recusal.

DATED: June 10, 2020.

BAILEY❖KENNEDY

By: /s/ Joshua M. Dickey
JOSHUA M. DICKEY
8984 SPANISH RIDGE AVENUE LAS VEGAS, NEVADA 89148

In Association With:

NEIL D. GREENSTEIN
**TECHMARK**
1751 Pinnacle Drive
Suite 1000
Tysons, VA 22102

*Attorneys for Plaintiff*
HURRICANE ELECTRIC LLC