# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

* * *

| | |
|---|---|
| HURRICANE ELECTRIC LLC, | Case No. 2:20-CV-1034 JCM (DJA) |
| Plaintiff(s), | ORDER |
| v. | |
| MILLENNIUM FUNDING, INC., et al., | |
| Defendant(s). | |

Presently before the court is Neil D. Greenstein's ("petitioner") verified petition for permission to practice pro hac vice. (ECF No. 6). Local Rule IA 11-2 provides that "[a]pplications must be by verified petition **on the form furnished by the clerk**." LR IA 11-2(a). Petitioners are not permitted to alter or amend the form.

Nonetheless, petitioner changed the language on page 4, thereby removing the notary public's signature and seal and replacing it with "I hereby declare under penalty of perjury under the laws of the United States of America, in accordance with 28 U.S.C. section 1746, that the foregoing is true and correct." (ECF No. 6 at 4).

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, and DECREED that petitioner's verified petition for permission to practice pro hac vice (ECF No. 6) be, and the same hereby is, DENIED.

. . .

. . .

. . .

**James C. Mahan**
**U.S. District Judge**

1   IT IS FURTHER ORDERED that petitioner shall refile the petition in the form furnished
2 by the clerk, bearing the notary public's signature and seal, in compliance with LR IA 11-2(a)
3 within 7 days of this order.
4   DATED June 22, 2020.

_____
UNITED STATES DISTRICT JUDGE

**James C. Mahan**
**U.S. District Judge**