1
2
3
4
5
6

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

7
8

Case # 2:20-cv-01034

9

Hurricane Electric LLC

10

Plaintiff(s),

**VERIFIED PETITION FOR**
**PERMISSION TO PRACTICE**
**IN THIS CASE ONLY BY**

11

vs.

**ATTORNEY NOT ADMITTED**
**TO THE BAR OF THIS COURT**

12

Millennium Funding, Inc. et al.

**AND DESIGNATION OF**
**LOCAL COUNSEL**

13

Defendant(s).

14

FILING FEE IS $250.00

15
16

Neil D. Greenstein                    , Petitioner, respectfully represents to the Court:
(name of petitioner)

17
18

1.      That Petitioner is an attorney at law and a member of the law firm of

TechMark Greenstein Law, P.C.

19

(firm name)

20

with offices at                    1751 Pinnacle Drive, Suite 1000                    ,
(street address)

21
22

Tysons                    ,        Virginia        ,        22102        ,
(city)                                (state)              (zip code)

23

347-514-7717                    ,        ndg@techmark.com        .
(area code + telephone number)              (Email address)

24
25

2.      That Petitioner has been retained personally or as a member of the law firm by

Hurricane Electric LLC                    to provide legal representation in connection with

26

[client(s)]

27

the above-entitled case now pending before this Court.

28

Rev. 5/16

3.     That since _____ June 7, 1979 _____, Petitioner has been and presently is a

(date)

member in good standing of the bar of the highest Court of the State of _____ Virginia _____

(state)

where Petitioner regularly practices law.  Petitioner shall attach a certificate from the state bar or

from the clerk of the supreme court or highest admitting court of each state, territory, or insular

possession of the United States in which the applicant has been admitted to practice law certifying

the applicant's membership therein is in good standing.

4.     That Petitioner was admitted to practice before the following United States District

Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts

of other States on the dates indicated for each, and that Petitioner is presently a member in good

standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|-------|---------------|------------|
| See Attached Exhibit A | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |
| | | |

5.     That there are or have been no disciplinary proceedings instituted against petitioner,

nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory

or administrative body, or any resignation or termination in order to avoid disciplinary or

disbarment proceedings, except as described in detail below:

NONE

2

Rev. 5/16

6.    That Petitioner has never been denied admission to the State Bar of Nevada.  (Give particulars if ever denied admission):

NONE

7.    That Petitioner is a member of good standing in the following Bar Associations.

Wisconsin and California

8.    Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None in last 3 years | | | |
| | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9.    Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10.    Petitioner agrees to comply with the standards of professional conduct required of the  members of the bar of this court.

11.    Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

3

Rev. 5/16

1       That Petitioner respectfully prays that Petitioner be admitted to practice before this Court

2  FOR THE PURPOSES OF THIS CASE ONLY.

3

4                                     Petitioner's signature

STATE OF _Nevada_  )

5                        )

6  COUNTY OF _Clark_  )

7      _Neil D. Greenstein_ , Petitioner, being first duly sworn, deposes and says:

8  That the foregoing statements are true.

9                                     Petitioner's signature

10  Subscribed and sworn to before me this

11  _23nd_ day of _June_ , _2020_

12

13           Notary Public or Clerk of Court

**KAREN RODMAN**
Notary Public State of Nevada
No. 93-3479-1
My Appt. Exp. April 26, 2021

14

15

16         **DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO**

           **THE BAR OF THIS COURT AND CONSENT THERETO.**

17

18       Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner

believes it to be in the best interests of the client(s) to designate _Joshua M. Dickey_ ,

19                                      (name of local counsel)

20  Attorney at Law, member of the State of Nevada and previously admitted to practice before the

above-entitled Court as associate resident counsel in this action.  The address and email address of

21

said designated Nevada counsel is:

22

23         c/o Bailey Kennedy, 8984 Spanish Ridge Avenue

24                     (street address)

      Las Vegas           Nevada       89148

25       (city)             (state)       (zip code)

26     702-562-8820       jdickey@baileykennedy.com

   (area code + telephone number)      (Email address)

27

28                          4                     Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____ Joshua M. Dickey _____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)

Hurricane Electric LLC by Mike Leber, Managing Member
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

### CONSENT OF DESIGNEE
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature
6621                                    JDickey@BaileyKennedy.com
Bar number                          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# EXHIBIT A

Exhibit A to Application for *pro hac vice* admission
of Neil D. Greenstein to the United States District Court
District of Nevada

## State Court Bar Admissions – Neil D. Greenstein

| Court | Date Admitted | Current Standing | Bar No.: |
|---|---|---|---|
| Virginia State Bar | 5/16/79 | Active/Good Standing | 18555 |
| Virginia Supreme Court | 6/7/79 | Good | |
| Wisconsin Supreme Court | 10/12/82 | Active/Good Standing | 1013575 |
| California Supreme Court | 9/29/86 | Active/Good Standing | 123980 |

## Federal Court Bar Admissions – Neil D. Greenstein

The two courts asterisked below require payment of fees to maintain active status. Since I do not regularly practice in these courts, I elected not to pay the fees. However, my understanding is that I am eligible for "active status" in both of these courts upon payment of the applicable fees and completion of "standard" forms such as the ECF Registration form.

| Court | Date Admitted | Current Standing | Bar No.: |
|---|---|---|---|
| United States Court of Appeals for the Fourth Circuit | 6/7/79 | Good | None |
| United States Tax Court | 11/13/80 | Inactive* | None |
| United States District Court for the Eastern District of Virginia | 3/9/81 | Good | None |
| United States Supreme Court | 6/28/82 | Good | None |
| United States Court of Appeals for the Federal Circuit | 1982 (Previously admitted to predecessor courts, Court of Claims and Court of Customs and Patent Appeals) (10/31/80) | Good | None |

1

| Court | Date Admitted | Current Standing | Bar No.: |
|---|---|---|---|
| United States Court of Appeals for the Seventh Circuit | 2/19/82 | Good | None |
| United States District Court for the Eastern District of Wisconsin | 6/1/83 | Good | None |
| United States District Court for the Western District of Wisconsin | 10/11/85 | Good | None |
| United States District Court for the Northern District of California | 8/28/86 | Good | 123980 |
| United States Court of Appeals for the Ninth Circuit | 9/19/86 | Good | None |
| United States District Court for the Central District of California | 6/29/87 | Good | None |
| United States District Court for the Eastern District of California | 5/1/89 | Good | None |
| United States District Court for the District of Nebraska | 1/25/90 | Inactive* | None |
| United States District Court for the Southern District of California | 4/6/90 | Good | None |
| United States District Court for the Northern District of Illinois | 9/22/00 | Good | 90785063 |
| United States District Court for the Eastern District of Michigan | 9/17/02 | Good | None |
| United States District Court for the Northern District of Texas | 11/26/02 | Good | None |
| United States District Court for the District of Colorado | 7/14/03 | Good | None |
| United States District Court for the Eastern District of Texas | 9/28/06 | Good | None |
| United States District Court for the Northern District of Indiana | 7/5/07 | Good | None |

2

| | | | |
|---|---|---|---|
| United States District Court for the Western District of Texas | 8/5/19 | Good | 123980 |
| United States District Court for the Southern District of Indiana | 12/6/19 | Good | None |

 

 

I have also been admitted to practice *pro hac vice* to the following Federal District Courts at various times throughout my career (some of these courts I am now admitted fully):

United States District Court for the Southern District of New York

United States District Court for the Eastern District of New York

United States District Court for the Middle District of Florida

United States District Court for the Southern District of Florida

United States District Court for the Southern District of Texas

United States District Court for the Western District of Texas

United States District Court for the Northern District of Texas

United States District Court for the Eastern District of Louisiana

United States District Court for the Western District of Washington

United States District Court for the District of Oregon

United States District Court for the District of Nevada

United States District Court for the District of Arizona

United States District Court for the Southern District of West Virginia

United States District Court for the District of Maryland

United States District Court for the Eastern District of North Carolina

United States District Court for the District of Massachusetts

3

I am admitted to practice before the United States Patent & Trademark Office:

| Date Admitted | Current Standing | Registration No.: |
|---|---|---|
| 12/8/78 | Active/Good Standing | 29,159 |

I have also been admitted to practice *pro hac vice* to the following State Courts at various times throughout my career :

State of South Carolina, County of Horry

State of Florida, County of Palm Beach

4

# EXHIBIT B

# Supreme Court of Virginia

## AT RICHMOND

# Certificate

I, Douglas B. Robelen, Clerk of the Supreme Court of Virginia,

do hereby certify that

### NEIL DAVID GREENSTEIN

was admitted to practice as an attorney and counsellor at the bar of this Court on

June 7, 1979.

I further certify that so far as the records of this office are

concerned, NEIL DAVID GREENSTEIN is a member of the bar of this

Court in good standing.

Witness my hand and seal of said Court

This 15th day of June

A.D. 2020

By: _____

Deputy Clerk



**WISCONSIN SUPREME COURT**
OFFICE OF THE CLERK
110 E. Main Street, Suite 215
P.O. Box 1688
Madison, WI 53701-1688

Telephone: 608-266-1880
TTY: 800-947-3529
Fax: 608-267-0640
http://www.wicourts.gov

Sheila T. Reiff
Clerk

# *CERTIFICATE OF GOOD STANDING*

*I, Sheila T. Reiff, Clerk of the Supreme Court of Wisconsin certify that the records of this office show that:*

### *NEIL D. GREENSTEIN*

*was admitted to practice as an attorney within this state on October 12, 1982 and is presently in good standing in this court.*

*Dated: June 12, 2020*

*SHEILA T. REIFF*
*Clerk of Supreme Court*



AP-7000, 03/2005 Certificate of Good Standing



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

## STATE OF CALIFORNIA

### *NEIL DAVID GREENSTEIN*

*I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that NEIL DAVID GREENSTEIN, #123980, was on the 29th day of September 1986, duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.*

*Witness my hand and the seal of the court on the 11th day of June 2020.*

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
    *M. Alfaro, Deputy Clerk*