UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

HURRICANE ELECTRIC LLC,

    Plaintiff(s),

vs.

MILLENNIUM FUNDING, INC., et al.

    Defendant(s).

Case #2:20-cv-01034-JCM-DJA

**VERIFIED PETITION FOR PERMISSION TO PRACTICE IN THIS CASE ONLY BY ATTORNEY NOT ADMITTED TO THE BAR OF THIS COURT AND DESIGNATION OF LOCAL COUNSEL**

FILING FEE IS $250.00

__Kerry Steven Culpepper__, Petitioner, respectfully represents to the Court:
(name of petitioner)

1. That Petitioner is an attorney at law and a member of the law firm of

__Culpepper IP, LLLC__
(firm name)

with offices at __75-170 Hualalai Road, Suite B204__,
(street address)

__Kailua-Kona__, __Hawaii__, __96740__,
(city) (state) (zip code)

__808-464-4047__, __kculpepper@culpepperip.com__.
(area code + telephone number) (Email address)

2. That Petitioner has been retained personally or as a member of the law firm by

__See Continuation Sheet__ to provide legal representation in connection with
[client(s)]

the above-entitled case now pending before this Court.

Rev. 5/16

2. Continuation Sheet. That Petitioner has been retained personally or as a member of the law firm by <u>MILLENNIUM FUNDING, INC.; BODYGUARD PRODUCTIONS, INC.; UN4 PRODUCTIONS, INC.; HOMEFRONT PRODUCTIONS, INC.; MILLENNIUM MEDIA, INC.; CRIMINAL PRODUCTIONS, INC.; CLEAR SKIES NEVADA, LLC; HUNTER KILLER PRODUCTIONS, INC.; LHF PRODUCTIONS, INC.; RAMBO V PRODUCTIONS, INC.; FALLEN PRODUCTIONS, INC.; WICKED NEVADA, LLC; 211 PRODUCTIONS, INC.; FATHERS & DAUGHTERS NEVADA, LLC; VOLTAGE DEVELOPMENT NCCF, LLC; HB PRODUCTIONS, INC.; STATUS UPDATE, LLC; STOIC PRODUCTIONS, INC.; COBBLER NEVADA, LLC; SURVIVOR PRODUCTIONS, INC.; TREVOR SHORT; and AVI LERNER.</u> to provide legal representation in connection with the above-entitled case now pending before this Court.

3. That since _November 5, 2012_ (date), Petitioner has been and presently is a member in good standing of the bar of the highest Court of the State of _Hawaii_ (state) where Petitioner regularly practices law. Petitioner shall attach a certificate from the state bar or from the clerk of the supreme court or highest admitting court of each state, territory, or insular possession of the United States in which the applicant has been admitted to practice law certifying the applicant's membership therein is in good standing.

4. That Petitioner was admitted to practice before the following United States District Courts, United States Circuit Courts of Appeal, the Supreme Court of the United States and Courts of other States on the dates indicated for each, and that Petitioner is presently a member in good standing of the bars of said Courts.

| Court | Date Admitted | Bar Number |
|---|---|---|
| Virginia Supreme Court | October 6, 2000 | 45292 |
| Fourth Circuit Court of Appeals | May 21, 2001 | n/a |
| District of Columbia Court of Appeals | October 12, 2001 | 474612 |
| Hawaii Supreme Court | November 5, 2012 | 9837 |
| US District Court District of Hawaii | November 13, 2012 | n/a |
| US District Court District of Colorado | July 10, 2020 | n/a |
|  |  |  |

5. That there are or have been no disciplinary proceedings instituted against petitioner, nor any suspension of any license, certificate or privilege to appear before any judicial, regulatory or administrative body, or any resignation or termination in order to avoid disciplinary or disbarment proceedings, except as described in detail below:

2

Rev. 5/16

6. That Petitioner has never been denied admission to the State Bar of Nevada. (Give particulars if ever denied admission):

None

7. That Petitioner is a member of good standing in the following Bar Associations.

None

8. Petitioner has filed application(s) to appear as counsel under Local Rule IA 11-2 (formerly LR IA 10-2) during the past three (3) years in the following matters: (State "none" if no applications.)

| Date of Application | Cause | Title of Court Administrative Body or Arbitrator | Was Application Granted or Denied |
|---|---|---|---|
| None | | | |
| | | | |
| | | | |
| | | | |

(If necessary, please attach a statement of additional applications)

9. Petitioner consents to the jurisdiction of the courts and disciplinary boards of the State of Nevada with respect to the law of this state governing the conduct of attorneys to the same extent as a member of the State Bar of Nevada.

10. Petitioner agrees to comply with the standards of professional conduct required of the members of the bar of this court.

11. Petitioner has disclosed in writing to the client that the applicant is not admitted to practice in this jurisdiction and that the client has consented to such representation.

That Petitioner respectfully prays that Petitioner be admitted to practice before this Court FOR THE PURPOSES OF THIS CASE ONLY.

_____
Petitioner's signature

STATE OF ___Hawaii___ )
)
COUNTY OF ___Hawaii___ )

___Kerry S. Culpepper___, Petitioner, being first duly sworn, deposes and says:

That the foregoing statements are true.

_____
Petitioner's signature

Subscribed and sworn to before me this

__14__ day of ___July___, __2020__.

_____
Notary Public or Clerk of Court
Amanda Smith
My commission expires 06/28/2023

[Notary Seal: AMANDA SMITH, NOTARY PUBLIC, Comm. No. 15-226, STATE OF HAWAII]

## DESIGNATION OF RESIDENT ATTORNEY ADMITTED TO THE BAR OF THIS COURT AND CONSENT THERETO.

Pursuant to the requirements of the Local Rules of Practice for this Court, the Petitioner believes it to be in the best interests of the client(s) to designate ___F. Christopher Austin___,
(name of local counsel)
Attorney at Law, member of the State of Nevada and previously admitted to practice before the above-entitled Court as associate resident counsel in this action. The address and email address of said designated Nevada counsel is:

___10655 Park Run Drive, Suite 100___,
(street address)

___Las Vegas___, ___Nevada___, ___89144___,
(city)           (state)          (zip code)

___702.382.4804___, ___caustin@weidemiller.com___.
(area code + telephone number)   (Email address)

4

Rev. 5/16

By this designation the petitioner and undersigned party(ies) agree that this designation constitutes agreement and authorization for the designated resident admitted counsel to sign stipulations binding on all of us.

## APPOINTMENT OF DESIGNATED RESIDENT NEVADA COUNSEL

The undersigned party(ies) appoint(s) _____F. Christopher Austin_____ as
(name of local counsel)
his/her/their Designated Resident Nevada Counsel in this case.

_____
(party's signature)
Kerry S. Culpepper
(type or print party name, title)

_____
(party's signature)

_____
(type or print party name, title)

**CONSENT OF DESIGNEE**
The undersigned hereby consents to serve as associate resident Nevada counsel in this case.

_____
Designated Resident Nevada Counsel's signature

6559                caustin@weidemiller.com
Bar number          Email address

APPROVED:

Dated: this _____ day of _____, 20___.

_____
UNITED STATES DISTRICT JUDGE

5

Rev. 5/16

# IN THE SUPREME COURT OF HAWAIʻI

In the Matter of

**KERRY STEVEN CULPEPPER**

..........................................................
Attorney at Law.

## CERTIFICATE OF STANDING

I, Jean Kikumoto, clerk of the Supreme Court of the State of Hawaiʻi, do hereby certify that **KERRY STEVEN CULPEPPER** is an attorney and was admitted to practice as an attorney, counselor and solicitor in all the courts of the State of Hawaiʻi on November 5, 2012. He current status is active and he is presently in good standing.

DATED:    Honolulu, Hawaiʻi, July 7, 2020.

.................................................................
Clerk, Supreme Court of Hawaiʻi



On behalf of JULIO A. CASTILLO, Clerk of the District of Columbia Court of Appeals, the District of Columbia Bar does hereby certify that

*Kerry S Culpepper*

was duly qualified and admitted on October 12, 2001 as an attorney and counselor entitled to practice before this Court; and is, on the date indicated below, a(n) INACTIVE member in good standing of this Bar.

**In Testimony Whereof, I have hereunto subscribed my name and affixed the seal of this Court at the City of Washington, D.C., on July 1, 2020.**

**JULIO A. CASTILLO**
**Clerk of the Court**

Issued By:
District of Columbia Bar Membership

For questions or concerns, please contact the D.C. Bar Membership Office at 202-626-3475 or email memberservices@dcbar.org.