F. Christopher Austin
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 382-4804
Fax (702) 382-4805

Kerry S. Culpepper
Hawaii Bar No. 9837
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:     (202) 204-5181
[Will Comply with LR IA 11-2 within 45 days]

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MILLENNIUM FUNDING, INC., et al.<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01034-JCM-DJA<br><br>**MOTION FOR EXTENSION OF TIME FOR KERRY S. CULPEPPER TO FILE SUPPORTING DOCUMENTS FOR PETITION TO PRACTICE OR LEAVE TO FILE SAID PETITION WITHOUT SUPPORTING DOCUMENTS** |

On June 30, 2020, this honorable Court ordered "Counsel Kerry S. Culpepper to comply with completion and filing of the Verified Petition and Designation of Local Counsel…Verified Petition due by 7/14/2020." [ECF #11]. The Verified Petition was submitted today to comply with this order.

Culpepper requested the requisite certificates of good standings from the Supreme Courts of the States for which he is admitted to practice law on July 1, 2020. However, as of the date of this

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1158                                    1

paper, Culpepper has not yet received the certificate of good standing from Virginia. Therefore, Culpepper requests that this honorable Court either grant him an extension of 30 days to file the certificate of good standing from Virginia for the Verified Petition or leave to accept the submitted Verified Petition without the certificate of good standing from Virginia.

DATED this 14th day of July, 2020.

        Respectfully Submitted,

        **WEIDE & MILLER, LTD.**

        */s/ F. Christopher Austin*
        F. Christopher Austin
        10655 Park Run Drive, Suite 100
        Las Vegas, NV 89144

        *Attorney for Defendants*

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

fca-w-1158

2