F. Christopher Austin
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 382-4804
Fax (702) 382-4805

Kerry S. Culpepper
Hawaii Bar No. 9837
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:      (808) 464-4047
Facsimile:       (202) 204-5181
Admitted *pro hac vice*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>　　　　　Plaintiffs,<br><br>　v.<br><br>MILLENNIUM FUNDING, INC., et al.<br><br>　　　　　Defendants. | Case No.: 2:20-cv-01034-JCM-DJA<br><br>**STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER AND/OR RESPOND TO COMPLAINT**<br><br>**(FIRST REQUEST)** |

　　　Whereas, HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein and Joshua M. Dickey, and  MILLENNIUM FUNDING, INC.; BODYGUARD PRODUCTIONS, INC.; UN4 PRODUCTIONS, INC.; HOMEFRONT PRODUCTIONS, INC.; MILLENNIUM MEDIA, INC.; CRIMINAL PRODUCTIONS, INC.; CLEAR SKIES NEVADA, LLC; HUNTER KILLER PRODUCTIONS, INC.; LHF PRODUCTIONS, INC.; RAMBO V PRODUCTIONS, INC.; FALLEN PRODUCTIONS, INC.; WICKED NEVADA, LLC; 211 PRODUCTIONS, INC.; FATHERS & DAUGHTERS NEVADA, LLC; VOLTAGE DEVELOPMENT NCCF, LLC; HB PRODUCTIONS, INC.; STATUS UPDATE, LLC; STOIC

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1

PRODUCTIONS, INC.; COBBLER NEVADA, LLC; SURVIVOR PRODUCTIONS, INC.; TREVOR SHORT; and AVI LERNER ("Defendants"), through their counsel Kerry S. Culpepper and F. Christopher Austin, have agreed that Defendants may have an approximate 30 day extension to file their Answers and/or Responsive Motions to the Complaint. Counsel for the Defendants also agreed to allow Plaintiff a similar extension should that be needed to respond to any counterclaims. Plaintiff and the Defendants are referred to collectively as "Parties".

Whereas, the Defendants executed waivers of service having different dates (between June 22, 2020 and July 14, 2020). Accordingly, for clarity and consistency, the Parties agree to extend all of the Defendants' deadlines to file their Answers and/or Responsive Motions to October 2, 2020.

Whereas, counsel for the Parties have already engaged in settlement discussions and engaged the services of a private mediator for a preliminary mediation session which was conducted on July 30, 2020.

Whereas, the Parties made progress in resolving some of the issues concerning this civil action, and a co-pending action in the U.S. District Court for the Northern District of California, during that preliminary private mediation.

Whereas, the Parties would like to continue their settlement discussions at an early date with the assistance of a U.S. Magistrate Judge in the co-pending action in the U.S. District Court for the Northern District of California.

Whereas, Plaintiff, Defendant Avi Lerner and affiliates of Defendants are requesting an early settlement conference in the co-pending action *Hurricane Electric, LLC v. Dallas Buyers Club, LLC, et al.*, 3:20-cv-3813 pending in the US District Court for the Northern District of California. A settlement in the Northern District of California action is anticipated to resolve all issues in the present action.

Whereas, the Parties believe their efforts would be most efficiently spent in settlement discussions with a Magistrate Judge without distraction of anticipated motion practice relating to the pleadings.

Whereas, there have been no previous extensions to time to respond to the complaint in this action.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

2

IT IS HEREBY STIPULATED AND AGREED by the Parties that:

1. The deadline for all Defendants in this action to file their Answers and/or Responsive Motions to the Complaint shall be extended to October 2, 2020;

2. The deadline for the conference required by Fed. R. Civ. P. 26(f) set by LR 26-1 shall be thirty (30) days after the deadline for filing the Answers and/or Responsive Motions, namely, November 2, 2020 [November 1, 2020 being a Sunday]; and

3. The discovery plan and scheduling order shall be submitted in accordance with Local Rule 26-1.

Dated this 10th day of August, 2020.                    Dated this 10th day of August, 2020.

**WEIDE & MILLER, LTD.**                                 **BAILEY❖KENNEDY**

By:   /s/ F. Christopher Austin                          By:   /s/ Joshua M. Dickey
    F. CHRISTOPHER AUSTIN                                    JOSHUA M. DICKEY
    10655 Park Run Drive, Suite 100                          8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89144                                  Las Vegas, Nevada 89148-1302

In Association With:                                     In Association With:

KERRY S. CULPEPPER                                       NEIL D. GREENSTEIN
(ADMITTED PRO HAC VICE)                                  (ADMITTED PRO HAC VICE)
**CULPEPPER IP, LLLC**                                   **TECHMARK**
75-170 Hualalai Road, Suite B204                         1751 Pinnacle Drive, Suite 1000
Kailua Kona, HI 96740                                    Tysons, Virginia 22102

*Attorneys for Defendants*                               *Attorneys for Plaintiff*
                                                         Hurricane Electric LLC


**IT IS SO ORDERED.**

_____
Daniel J. Albregts
United States Magistrate Judge
DATED: August 11, 2020

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

3