F. Christopher Austin
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 382-4804
Fax (702) 382-4805

Kerry S. Culpepper
Hawaii Bar No. 9837
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:      (808) 464-4047
Facsimile:      (202) 204-5181
Admitted *pro hac vice*

*Attorneys for Defendants*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HURRICANE ELECTRIC LLC, <br><br> Plaintiffs, <br><br> v. <br><br> MILLENNIUM FUNDING, INC., et al. <br><br> Defendants. | Case No.:  2:20-cv-01034-JCM-DJA <br><br> **STIPULATION TO EXTEND DEFENDANTS' DEADLINE TO ANSWER AND/OR RESPOND TO COMPLAINT** <br><br> **(SECOND REQUEST)** |

Whereas, HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein and Joshua M. Dickey, and  MILLENNIUM FUNDING, INC.; BODYGUARD PRODUCTIONS, INC.; UN4 PRODUCTIONS, INC.; HOMEFRONT PRODUCTIONS, INC.; MILLENNIUM MEDIA, INC.; CRIMINAL PRODUCTIONS, INC.; CLEAR SKIES NEVADA, LLC; HUNTER KILLER PRODUCTIONS, INC.; LHF PRODUCTIONS, INC.; RAMBO V PRODUCTIONS, INC.; FALLEN PRODUCTIONS, INC.; WICKED NEVADA, LLC; 211 PRODUCTIONS, INC.; FATHERS & DAUGHTERS NEVADA, LLC; VOLTAGE DEVELOPMENT NCCF, LLC; HB PRODUCTIONS, INC.; STATUS UPDATE, LLC; STOIC

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

1

PRODUCTIONS, INC.; COBBLER NEVADA, LLC; SURVIVOR PRODUCTIONS, INC.; TREVOR SHORT; and AVI LERNER ("Defendants"), through their counsel Kerry S. Culpepper and F. Christopher Austin, have agreed that Defendants may have an additional 30 day extension to file their Answers and/or Responsive Motions to the Complaint.  Counsel for the Defendants also agreed to allow Plaintiff a similar extension should that be needed to respond to any counterclaims. Plaintiff and the Defendants are referred to collectively as "Parties".

Whereas, the Court entered the First Stipulation to Extend Defendants' Deadline to Answer and/or Respond to Complaint [Doc. #20].  The First Stipulation granted Defendants up until October 2, 2020 to respond to the Complaint.

Whereas, Plaintiff and affiliates of Defendants are engaged in litigation in Northern District of California in the case entitled *Hurricane Electric, LLC vs. Dallas Buyers Club, LLC et al.*, 3:20-CV-3813-CRB ("co-pending action").

Whereas, Plaintiff's insurer has refused to defend this action and the co-pending action and has refused to participate in a settlement conference with the assigned Magistrate Judge for the co-pending action.

Whereas, Plaintiff has filed a lawsuit against its insurer National Fire Insurance Company of Hartford, Inc. ("NFI") in the Northern District of California in the case entitled *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford,* 3:20-cv-05840-CRB.

The Northern District of California has ordered that the above two cases be treated as related cases.  *See* RELATED CASE ORDER, *Hurricane Electric, LLC vs. Dallas Buyers Club, LLC et al.*, 3:20-CV-3813-CRB, Doc. #36.

Whereas, the Parties are discussing a possible stipulated transfer of this action to the N.D. California for consolidation, but the Parties are still working through some issues;

Whereas, the Parties request a second extension of time for Defendants to answer or otherwise respond to the Complaint so that Plaintiff can seek to convince its insurer to attend and participate in the settlement conference in the co-pending action.

Whereas, there has been one previous extension of time to respond to the complaint in this action.

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

2

IT IS HEREBY STIPULATED AND AGREED by the Parties that:

1.  The deadline for all Defendants in this action to file their Answers and/or Responsive Motions to the Complaint shall be extended to November 2, 2020 (November 1 being a Sunday);

2.  The deadline for the conference required by Fed. R. Civ. P. 26(f) set by LR 26-1 shall be thirty (30) days after the deadline for filing the Answers and/or Responsive Motions, namely, December 1, 2020; and

3.  The discovery plan and scheduling order shall be submitted in accordance with Local Rule 26-1.

Dated this 29th day of September, 2020.

**WEIDE & MILLER, LTD.**


By: _/s/ F. Christopher Austin_
    F. CHRISTOPHER AUSTIN
    10655 Park Run Drive, Suite 100
    Las Vegas, Nevada 89144

In Association With:

    KERRY S. CULPEPPER
    (ADMITTED PRO HAC VICE)
    **CULPEPPER IP, LLLC**
    75-170 Hualalai Road, Suite B204
    Kailua Kona, HI 96740

_Attorneys for Defendants_

Dated this 29th day of September, 2020.

**BAILEY❖KENNEDY**


By: _/s/ Joshua M. Dickey_
    JOSHUA M. DICKEY
    8984 Spanish Ridge Avenue
    Las Vegas, Nevada 89148-1302

In Association With:

    NEIL D. GREENSTEIN
    (ADMITTED PRO HAC VICE)
    **TECHMARK**
    1751 Pinnacle Drive, Suite 1000
    Tysons, Virginia 22102

_Attorneys for Plaintiff_
Hurricane Electric LLC

**IT IS SO ORDERED.**


_____
DANIEL J. ALBREGTS
UNITED STATES MAGISTRATE JUDGE

DATED: September 30, 2020

WEIDE & MILLER, LTD.
10655 PARK RUN DRIVE
SUITE 100
LAS VEGAS,
NEVADA 89144
(702) 382-4804

3