1  F. Christopher Austin
   Nevada Bar No. 6559
2  caustin@weidemiller.com
   **WEIDE & MILLER, LTD.**
3  10655 Park Run Drive, Suite 100
   Las Vegas, Nevada 89144
4  Tel. (702) 382-4804
   Fax (702) 382-4805
5
   Kerry S. Culpepper
6  Hawaii Bar No. 9837
   kculpepper@culpepperip.com
7  CULPEPPER IP, LLLC
   75-170 Hualalai Road, Suite B204
8  Kailua-Kona, Hawai'i 96740
   Telephone:    (808) 464-4047
9  Facsimile:    (202) 204-5181
10 Admitted *pro hac vice*

11 *Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM FUNDING, INC., et al.<br><br>Defendants. | Case No.: 2:20-cv-01034-JCM-DJA<br><br>**STIPULATION TO STAY ACTION PENDING RULING ON CO-PENDING INSURANCE ACTION BY PLAINTIFF AGAINST ITS INSURER**<br><br>**(FIRST REQUEST FOR STAY)** |

Whereas, HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein and Joshua M. Dickey, and MILLENNIUM FUNDING, INC.; BODYGUARD PRODUCTIONS, INC.; UN4 PRODUCTIONS, INC.; HOMEFRONT PRODUCTIONS, INC.; MILLENNIUM MEDIA, INC.; CRIMINAL PRODUCTIONS, INC.; CLEAR SKIES NEVADA, LLC; HUNTER KILLER PRODUCTIONS, INC.; LHF PRODUCTIONS, INC.; RAMBO V PRODUCTIONS, INC.; FALLEN PRODUCTIONS, INC.; WICKED NEVADA, LLC; 211 PRODUCTIONS, INC.; FATHERS & DAUGHTERS NEVADA, LLC; VOLTAGE DEVELOPMENT NCCF, LLC; HB PRODUCTIONS, INC.; STATUS UPDATE, LLC; STOIC

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

1  PRODUCTIONS, INC.; COBBLER NEVADA, LLC; SURVIVOR PRODUCTIONS, INC.;
2  TREVOR SHORT; and AVI LERNER ("Defendants"), through their counsel Kerry S. Culpepper
3  and F. Christopher Austin, stipulate for an order staying this action, pending resolution of Plaintiff's
4  insurer's duty to defend in the case entitled *Hurricane Electric, LLC vs. National Fire Insurance*
5  *Company of Hartford,* 3:20-cv-05840-CRB pending in the U.S. District Court for the Northern
6  District of California ("Co-Pending Insurance Action").  Plaintiff and the Defendants are referred to
7  collectively as "Parties."  Finally, the Parties have agreed that Defendants' answers or other
8  responses to the complaint should be set a minimum of 60-days after the stay is lifted so that the
9  parties can engage in a settlement conference with Magistrate Judge Hixson in the case entitled
10 *Hurricane Electric, LLC vs. Dallas Buyers Club, LLC et al.*, 3:20-CV-3813-CRB also pending in
11 the United States District Court for the Northern District of California ("Co-Pending Copyright
12 Action") after the ruling in the Co-Pending Insurance Action.

13 Whereas, the Court entered the First Stipulation to Extend Defendants' Deadline to Answer
14 and/or Respond to Complaint [Doc. #20].  The First Stipulation granted Defendants up until October
15 2, 2020 to respond to the Complaint.

16 Whereas, the Court entered the Second Stipulation to Extend Defendants' Deadline to
17 Answer and/or Respond to Complaint [Doc. #23].  The Second Stipulation granted Defendants up
18 until November 2, 2020 to respond to the Complaint.

19 Whereas, the Co-pending Copyright Action was referred to Magistrate Judge Hixson of
20 the U.S. District Court for the Northern District of California for conducting an early Settlement
21 Conference per the Parties' request;

22 Whereas, Magistrate Judge Hixson agreed to conduct the Settlement Conference on behalf
23 of the plaintiff and the defendants in both this Action and the Co-Pending Copyright Action so
24 that both disputes could be resolved together;

25 Whereas, the Parties have concluded, and Magistrate Judge Hixson after holding two
26 telephonic hearings agreed, that an early Settlement Conference would not be fruitful until after
27 the dispute over the insurer's duty to defend between Plaintiff and its insurer, National Fire
28 Insurance Company of Hartford ("NFI"), in the Co-Pending Insurance Action has been resolved

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

or at least substantial progress has been made toward a resolution. A copy of the minutes from the October 12, 2020 scheduling conference with Magistrate Hixson is attached hereto as Exhibit 1.

Whereas, on October 9, 2020, in the Co-Pending Insurance Action Plaintiff filed a Motion For Partial Summary Judgment On National Fire's Duty To Defend Hurricane Electric in the dispute with defendants here and in the Co-Pending Copyright Action.

Whereas the Parties have agreed that all parties in this Action shall reserve all rights and that this requested stay, and the slight delay in this Action, shall not be construed in any manner for or against any party on any issue, whether substantive or procedural.

Whereas, the Parties believe that there will be no "possible damage which may result from the granting of a stay" or "hardship or inequity which a party may suffer" since the parties have also agreed in the Northern District of California Action that parties will be allowed to conduct limited third party discovery to preserve evidence. *Lockyer v. Mirant Corp.,* 398 F.3d 1098, 1110 (9th Cir. 2005) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). Moreover, consideration of "the orderly course of justice measured in terms of the simplifying or complicating issues" supports granting a stay since a stay will eliminate distraction of anticipated motion practice between the parties until after the dispute between Plaintiff and its insurer, NFI, in the Co-Pending Insurance Action has been resolved or at least substantial progress has been made, thereby simplifying the issues. *Id.*

Whereas, the Northern District of California entered a Stay of the Co-Pending Copyright Action on October 19, 2020 per the Parties' joint stipulation similar to the stipulation and order requested in the present action. For the Court's convenience, a filed stamped copy of the Stipulation and Order of Stay issued by Northern District of California in the Co-Pending Copyright Action is attached hereto as Exhibit 2.

IT IS HEREBY STIPULATED AND AGREED by the Parties that this Action be STAYED.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

The Parties intend to resume the settlement conference proceedings with Magistrate Judge Hixson in the Co-Pending Copyright Action after the Co-Pending Insurance Action has been resolved or substantially progressed.

The Parties shall file a status report with this Court by January 4, 2021, or if sooner, promptly after the settlement conference is conducted in the Co-Pending Copyright Action.

Dated this 23rd day of October, 2020.

**CULPEPPER IP, LLLC**

By: /s/ Kerry S. Culpepper
KERRY S. CULPEPPER
(ADMITTED PRO HAC VICE)
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740


F. CHRISTOPHER AUSTIN
WEIDE & MILLER, LTD.
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144

*Attorneys for Defendants*

Dated this 23rd day of October, 2020.

**BAILEY❖KENNEDY**

By: /s/ Joshua M. Dickey
JOSHUA M. DICKEY
8984 Spanish Ridge Avenue
Las Vegas, Nevada 89148-1302

In Association With:

NEIL D. GREENSTEIN
(ADMITTED PRO HAC VICE)
**TECHMARK**
1751 Pinnacle Drive, Suite 1000
Tysons, Virginia 22102

*Attorneys for Plaintiff*
Hurricane Electric LLC


IT IS SO ORDERED:


UNITED STATES DISTRICT JUDGE

DATED: _____

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4