F. Christopher Austin
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 382-4804
Fax (702) 382-4805

Kerry S. Culpepper
Hawaii Bar No. 9837
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:     (808) 464-4047
Facsimile:      (202) 204-5181
Admitted *pro hac vice*

*Attorneys for Defendants*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>         Plaintiffs,<br><br>    v.<br><br>MILLENNIUM FUNDING, INC., et al.<br><br>         Defendants. | Case No.: 2:20-cv-01034-JCM-DJA<br><br>**STIPULATION TO STAY ACTION PENDING RULING ON CO-PENDING INSURANCE ACTION BY PLAINTIFF AGAINST ITS INSURER**<br><br>**(FIRST REQUEST FOR STAY)** |

Whereas, HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein and Joshua M. Dickey, and MILLENNIUM FUNDING, INC.; BODYGUARD PRODUCTIONS, INC.; UN4 PRODUCTIONS, INC.; HOMEFRONT PRODUCTIONS, INC.; MILLENNIUM MEDIA, INC.; CRIMINAL PRODUCTIONS, INC.; CLEAR SKIES NEVADA, LLC; HUNTER KILLER PRODUCTIONS, INC.; LHF PRODUCTIONS, INC.; RAMBO V PRODUCTIONS, INC.; FALLEN PRODUCTIONS, INC.; WICKED NEVADA, LLC; 211 PRODUCTIONS, INC.; FATHERS & DAUGHTERS NEVADA, LLC; VOLTAGE DEVELOPMENT NCCF, LLC; HB PRODUCTIONS, INC.; STATUS UPDATE, LLC; STOIC

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

PRODUCTIONS, INC.; COBBLER NEVADA, LLC; SURVIVOR PRODUCTIONS, INC.; TREVOR SHORT; and AVI LERNER ("Defendants"), through their counsel Kerry S. Culpepper and F. Christopher Austin, stipulate for an order staying this action, pending resolution of Plaintiff's insurer's duty to defend in the case entitled *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford,* 3:20-cv-05840-CRB pending in the U.S. District Court for the Northern District of California ("Co-Pending Insurance Action"). Plaintiff and the Defendants are referred to collectively as "Parties." Finally, the Parties have agreed that Defendants' answers or other responses to the complaint should be set a minimum of 60-days after the stay is lifted so that the parties can engage in a settlement conference with Magistrate Judge Hixson in the case entitled *Hurricane Electric, LLC vs. Dallas Buyers Club, LLC et al.*, 3:20-CV-3813-CRB also pending in the United States District Court for the Northern District of California ("Co-Pending Copyright Action") after the ruling in the Co-Pending Insurance Action.

Whereas, the Court entered the First Stipulation to Extend Defendants' Deadline to Answer and/or Respond to Complaint [Doc. #20]. The First Stipulation granted Defendants up until October 2, 2020 to respond to the Complaint.

Whereas, the Court entered the Second Stipulation to Extend Defendants' Deadline to Answer and/or Respond to Complaint [Doc. #23]. The Second Stipulation granted Defendants up until November 2, 2020 to respond to the Complaint.

Whereas, the Co-pending Copyright Action was referred to Magistrate Judge Hixson of the U.S. District Court for the Northern District of California for conducting an early Settlement Conference per the Parties' request;

Whereas, Magistrate Judge Hixson agreed to conduct the Settlement Conference on behalf of the plaintiff and the defendants in both this Action and the Co-Pending Copyright Action so that both disputes could be resolved together;

Whereas, the Parties have concluded, and Magistrate Judge Hixson after holding two telephonic hearings agreed, that an early Settlement Conference would not be fruitful until after the dispute over the insurer's duty to defend between Plaintiff and its insurer, National Fire Insurance Company of Hartford ("NFI"), in the Co-Pending Insurance Action has been resolved

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

or at least substantial progress has been made toward a resolution. A copy of the minutes from the October 12, 2020 scheduling conference with Magistrate Hixson is attached hereto as Exhibit 1.

Whereas, on October 9, 2020, in the Co-Pending Insurance Action Plaintiff filed a Motion For Partial Summary Judgment On National Fire's Duty To Defend Hurricane Electric in the dispute with defendants here and in the Co-Pending Copyright Action.

Whereas the Parties have agreed that all parties in this Action shall reserve all rights and that this requested stay, and the slight delay in this Action, shall not be construed in any manner for or against any party on any issue, whether substantive or procedural.

Whereas, the Parties believe that there will be no "possible damage which may result from the granting of a stay" or "hardship or inequity which a party may suffer" since the parties have also agreed in the Northern District of California Action that parties will be allowed to conduct limited third party discovery to preserve evidence. *Lockyer v. Mirant Corp.,* 398 F.3d 1098, 1110 (9th Cir. 2005) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). Moreover, consideration of "the orderly course of justice measured in terms of the simplifying or complicating issues" supports granting a stay since a stay will eliminate distraction of anticipated motion practice between the parties until after the dispute between Plaintiff and its insurer, NFI, in the Co-Pending Insurance Action has been resolved or at least substantial progress has been made, thereby simplifying the issues. *Id.*

Whereas, the Northern District of California entered a Stay of the Co-Pending Copyright Action on October 19, 2020 per the Parties' joint stipulation similar to the stipulation and order requested in the present action. For the Court's convenience, a filed stamped copy of the Stipulation and Order of Stay issued by Northern District of California in the Co-Pending Copyright Action is attached hereto as Exhibit 2.

IT IS HEREBY STIPULATED AND AGREED by the Parties that this Action be STAYED.

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

The Parties intend to resume the settlement conference proceedings with Magistrate Judge Hixson in the Co-Pending Copyright Action after the Co-Pending Insurance Action has been resolved or substantially progressed.

The Parties shall file a status report with this Court by January 4, 2021, or if sooner, promptly after the settlement conference is conducted in the Co-Pending Copyright Action.

Dated this 23rd day of October, 2020.

**CULPEPPER IP, LLLC**

By: /s/ Kerry S. Culpepper
  KERRY S. CULPEPPER
  (ADMITTED PRO HAC VICE)
  75-170 Hualalai Road, Suite B204
  Kailua Kona, HI 96740

  F. CHRISTOPHER AUSTIN
  WEIDE & MILLER, LTD.
  10655 Park Run Drive, Suite 100
  Las Vegas, Nevada 89144

*Attorneys for Defendants*

Dated this 23rd day of October, 2020.

**BAILEY❖KENNEDY**

By: /s/ Joshua M. Dickey
  JOSHUA M. DICKEY
  8984 Spanish Ridge Avenue
  Las Vegas, Nevada 89148-1302

In Association With:

  NEIL D. GREENSTEIN
  (ADMITTED PRO HAC VICE)
  **TECHMARK**
  1751 Pinnacle Drive, Suite 1000
  Tysons, Virginia 22102

*Attorneys for Plaintiff*
Hurricane Electric LLC

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 16, 2020

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

# Neil D. Greenstein

| | |
|---|---|
| **From:** | ECF-CAND@cand.uscourts.gov |
| **Sent:** | Monday, October 19, 2020 10:55 AM |
| **To:** | efiling@cand.uscourts.gov |
| **Subject:** | Activity in Case 3:20-cv-03813-CRB Hurricane Electric LLC v. Dallas Buyers Club, LLC et al Telephone Conference |

**This is an automatic e-mail message generated by the CM/ECF system. Please DO NOT RESPOND to this e-mail because the mail box is unattended.**

**\*\*\*NOTE TO PUBLIC ACCESS USERS\*\*\*** Judicial Conference of the United States policy permits attorneys of record and parties in a case (including pro se litigants) to receive one free electronic copy of all documents filed electronically, if receipt is required by law or directed by the filer. PACER access fees apply to all other users. To avoid later charges, download a copy of each document during this first viewing. However, if the referenced document is a transcript, the free copy and 30 page limit do not apply.

U.S. District Court

California Northern District

## Notice of Electronic Filing

The following transaction was entered on 10/19/2020 at 10:54 AM and filed on 10/19/2020
**Case Name:**   Hurricane Electric LLC v. Dallas Buyers Club, LLC et al
**Case Number:**   3:20-cv-03813-CRB
**Filer:**
**Document Number:** 43(No document attached)

**Docket Text:**
**Minute Entry for proceedings held before Magistrate Judge Thomas S. Hixson: Telephone Conference held on 10/19/2020 at 10:30 a.m.**

**FTR Time: Not Reported/Total Time in Court: 10:30-10:33- 3 minutes.**

**Plaintiff Attorney: Neil Greenstein, Esq.**

**Defendant Attorney: Kerry S. Culpepper, Esq.**

**Proceedings: Telephone Conference Held by AT&T Conference. Counsel shall notify the Court when duty to defend is resolved in the related case. A further call will when then be scheduled to set a Settlement Conference date.**

**If any questions please contact the Courtroom Deputy by email:Rose_Maher@cand.uscourts.gov**

**(This is a text-only entry generated by the court. There is no document associated with this entry.) (rmm2S, COURT STAFF) (Date Filed: 10/19/2020)**

1

**Exhibit "1"**

**3:20-cv-03813-CRB Notice has been electronically mailed to:**

John L. Roberts     jlr@techmark.net, john@robertsiplaw.com

Kerry Steven Culpepper     kculpepper@culpepperip.com

Martin R. Greenstein     mrg@techmark.com, amr@techmark.com

Neil D. Greenstein     ndg@techmark.com, calendar@lawinmotion.com, cmp@techmark.net, tlm@techmark.com

Tobi Carver Clinton     tclinton@culpepperip.com, tobi@clintonfirm.com, kculpepper@culpepperip.com, xgamertc-c@yahoo.com

**3:20-cv-03813-CRB Please see Local Rule 5-5; Notice has NOT been electronically mailed to:**

Kerry S. Culpepper, HI Bar No. 9837, *pro hac vice*
Culpepper IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua Kona, HI 96740
Tel: 808-464-4047
Fax: 202-204-5181
kculpepper@culpepperip.com

Tobi Clinton, (SBN 209554)
330 Vernon St., Unit 795
Roseville, CA 95678
Tel: 650-735-2137
Fax: 202-204-5181
tclinton@culpepperip.com

*Attorneys for Defendants: DALLAS BUYERS CLUB, LLC, a Texas LLC; DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI, LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; CRAIG FLORES; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; and KILLING LINK DISTRIBUTION.*

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>DALLAS BUYERS CLUB, LLC, et al.<br><br>Defendants. | Case No.: 3:20-CV-3813-CRB<br><br>**STIPULATION OF PLAINTIFF AND DEFENDANTS TO STAY ACTION PENDING RULING ON CO-PENDING INSURANCE ACTION BY PLAINTIFF AGAINST ITS INSURER AND PROVIDE FOR LIMITED THIRD-PARTY DISCOVERY; [PROPOSED] ORDER GRANTING STAY** |

Whereas, HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein, and DALLAS BUYERS CLUB, LLC, a Texas LLC, DALLAS BUYERS CLUB, LLC, a California LLC; GLACIER FILMS 1, LLC; DOUBLE LIFE PRODUCTIONS, INC.; VOLTAGE PICTURES, LLC; COOK PRODUCTIONS, LLC; WWE STUDIOS FINANCE CORP.; MON, LLC; TBV PRODUCTIONS, LLC; CELL FILM HOLDINGS, LLC; VENICE PI,

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

Exhibit "2"

LLC; I AM WRATH PRODUCTION, INC.; POW NEVADA, LLC; HEADHUNTER, LLC; NICOLAS CHARTIER; AVI LERNER; VOLTAGE PRODUCTIONS, INC.; CRAIG FLORES and KILLING LINK DISTRIBUTION ("Defendants"), through their counsel Kerry S. Culpepper, stipulate for an order staying this action, subject to the exceptions set forth below, pending resolution of Plaintiff's insurer's duty to defend in the Co-Pending Insurance Action (defined below). Plaintiff and the Defendants are referred to collectively as "Parties." The Parties recognize that there is some third-party data and documents that may not be regularly preserved and have agreed, notwithstanding the stay, that certain third-party discovery, as explained below, may proceed during the stay. Finally, the Parties have agreed that Defendants' answers or other responses to the complaint should be set a minimum of 60-days after the stay is lifted so that the parties can engage in a settlement conference with Magistrate Judge Hixson after the ruling in the Co-Pending Insurance Action.

Whereas, the Court endorsed the Parties' First Stipulation to Extend Defendants' Deadline to Answer and/or Respond to Complaint [Doc. #28]. The First Stipulation granted Defendants up until October 2, 2020 to respond to the Complaint.

Whereas, the Court endorsed the Parties' Second Stipulation to Extend Defendants' Deadline to Answer and/or Respond to Complaint [Doc. #41]. The Second Stipulation granted Defendants up until November 2, 2020 to respond to the Complaint.

Whereas, Plaintiff has filed a lawsuit against its insurer National Fire Insurance Company of Hartford, Inc. ("NFI") in this District in the case entitled *Hurricane Electric, LLC vs. National Fire Insurance Company of Hartford,* 3:20-cv-05840-CRB (the "Co-Pending Insurance Action"). This Court has ordered that the Co-Pending Insurance Action and the present case be treated as related cases [Doc. #36].

Whereas, the Court referred this present case to Magistrate Judge Hixson for conducting an early Settlement Conference per the Parties' request [Doc. #29]; however, the Parties have concluded that an early Settlement Conference would not be fruitful until after the dispute over the

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

2

insurer's duty to defend between Plaintiff and NFI in the Co-Pending Insurance Action has been resolved or at least substantial progress has been made toward a resolution.

Whereas, on October 9, 2020, in the Co-Pending Insurance Action Plaintiff filed a Motion For Partial Summary Judgment On National Fire's Duty To Defend Hurricane Electric in the Instant Action.

Whereas the Parties have agreed that all parties in this Action shall reserve all rights and that this requested stay, and the slight delay in this Action, shall not be construed in any manner for or against any party on any issue, whether substantive or procedural.

Whereas, the Parties believe that there will be no "possible damage which may result from the granting of a stay" or "hardship or inequity which a party may suffer" since the Parties have also agreed that Parties will be allowed to conduct limited third party discovery. *Lockyer v. Mirant Corp.*, 398 F.3d 1098, 1110 (9th Cir. 2005) (quoting *CMAX, Inc. v. Hall*, 300 F.2d 265, 268 (9th Cir. 1962)). Moreover, consideration of "the orderly course of justice measured in terms of the simplifying or complicating issues" supports granting a stay since a stay will eliminate distraction of anticipated motion practice between the parties until after the dispute between Plaintiff and NFI in the Co-Pending Insurance Action has been resolved or at least substantial progress has been made, thereby simplifying the issues. *Id.*

Accordingly, the Parties agree that all deadlines in this matter including the Case Management Conference, any direct formal discovery **between** the Parties and the early settlement conference be STAYED. The Parties intend to resume the settlement conference proceedings with Magistrate Judge Hixson after said Co-Pending Insurance Action has been resolved.

Whereas, the Defendants request that the Court issue an Order granting leave to conduct limited early third-party discovery prior to the Rule 26(f) Conference as follows:

(a) Internet Service Providers ("ISP") only maintain internal logs of subscriber information for a brief period of time. *See Digital Sin, Inc. v. Does 1-176*, 279 F.R.D. 239, 242 (S.D.N.Y. 2012) ("[E]xpedited discovery is necessary to prevent the requested data from being lost forever as part of routine deletions by the ISPs."). Accordingly, Defendants request that the Court issue an Order granting leave to Defendants to serve Subpoenas per Rule 45 of the *Federal Rules of Civil*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

3

*Procedure* on:

(1) ISPs that are customers/affiliates of Plaintiff, identified in attached Exhibit "1," where Defendants' motion pictures were allegedly infringed, but only to request subscriber identification information of Internet Protocol ("IP") addresses; and

(2) email providers such as Google, Microsoft and Yahoo solely to request identification and IP address log records for email addresses that were used to log into the YTS website which Defendants claim were allegedly used to download, through Plaintiff's customers, torrent files of Defendants' motion pictures as identified in Exhibit "1".

(b) There has been extensive litigation, depositions and documents of the defendants in other copyright enforcement action involving the same copyrights and such deposition transcripts and documents may be in the possession of third parties, who are not presently under a retention obligation. In order to avoid the loss of such valuable and likely probative information, the Parties stipulate and agree, and request leave of Court, so that Plaintiff may issue FRCP 45 subpoenas to third-parties for copies of deposition transcripts and other documents from prior cases.

This stipulation and order is solely an authorization to issue third-party subpoenas as described above, and nothing herein shall be deemed an approval as to the substance of any subpoena. All Parties and third-parties retain all rights to seek to quash, modify, and/or otherwise object to such subpoenas in the appropriate court.

On August 19, 2020, Plaintiff filed an amended complaint. A question has arisen as to whether such amended complaint was timely and appropriately filed on that date. Defendants hereby consent to the August 19, 2020 filing of Plaintiff's Amended Complaint.

/ / /

/ / /

/ / /

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

4

The Parties stipulate to the Court granting the above requested Orders.

The Parties shall file a status report with the Court by January 4, 2021, or if sooner, promptly after disposition of the obligation of the insurer to defend this action in the Co-Pending Insurance Action.

DATED Kailua-Kona, Hawaii, October 17, 2020.

                                Respectfully submitted,

                                **CULPEPPER IP, LLLC**

                                */s/ Kerry S. Culpepper*
                                Kerry S. Culpepper
                                *Attorney for Certain Defendants*

IT IS SO STIPULATED.

                                Respectfully,

                                NEIL D. GREENSTEIN
                                MARTIN R. GREENSTEIN
                                JOHN L. ROBERTS
                                TECHMARK

Dated: October 17, 2020         By: _____
                                   Neil D. Greenstein
                                Attorneys for Plaintiff

                             **ORDER**
                             [L.R. 7-12]

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Date: October 19, 2020           _____
                                Charles R. Breyer
                                United States District Judge

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

5

# Exhibit "1"

| No | email address | IP | Hit Date UTC |
|---|---|---|---|
| 1 | farhad.sukhia@gmail.com | 65.49.126.194 | 11/13/2019 0:25:59 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 6/11/2019 18:36:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 6/11/2019 18:36:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 7/14/2019 11:35:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 8/11/2019 13:21:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 11/15/2019 5:09:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 12/3/2019 15:31:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 12/19/2019 6:00:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 12/28/2019 6:09:00 |
|  | farhad.sukhia@gmail.com | 65.49.126.194 | 5/18/2019 2:26:00 |
| 2 | betchayhipolito@yahoo.com | 74.82.60.96 | 4/4/2019 5:54:52 |
|  | betchayhipolito@yahoo.com | 74.82.60.96 | 4/3/2019 6:33:32 |
|  | betchayhipolito@yahoo.com | 74.82.60.96 | 6/16/2019 18:16:54 |
| 3 | dsvinayr5@gmail.com | 65.49.126.173 | 2/27/2019 18:17:29 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 12/3/2019 11:38:47 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 12/28/2019 13:55:20 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 12/30/2019 7:07:13 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 2/10/2020 18:47:36 |
|  | dsvinayr5@gmail.com | 65.49.126.173 | 2/21/2020 1:07:27 |
| 4 | nandanlalkumar@gmail.com | 74.82.60.87 | 3/4/2019 19:14:17 |
|  | nandanlalkumar@gmail.com | 74.82.60.87 | 12/10/2019 14:31:10 |
| 5 | acctgsupervisor.rdlgroup@gmail.com | 74.82.60.196 | 3/29/2019 4:18:37 |
|  | acctgsupervisor.rdlgroup@gmail.com | 74.82.60.196 | 7/14/2019 1:28:15 |
|  | acctgsupervisor.rdlgroup@gmail.com | 74.82.60.196 | 7/29/2019 6:38:00 |
|  | acctgsupervisor.rdlgroup@gmail.com | 74.82.60.196 | 11/19/2019 2:51:28 |
| 6 | paulosoriano1975@gmail.com | 74.82.60.191 | 2/10/2020 0:50:18 |
|  | paulosoriano1975@gmail.com | 74.82.60.191 | 7/14/2019 0:47:50 |
|  | paulosoriano1975@gmail.com | 74.82.60.191 | 12/3/2019 12:24:15 |
|  | paulosoriano1975@gmail.com | 74.82.60.191 | 1/11/2020 21:50:11 |
| 7 | nishil.mehra@gmail.com | 72.52.87.189 | 7/13/2019 8:43:02 |
|  | nishil.mehra@gmail.com | 72.52.87.189 | 11/25/2019 18:02:13 |
|  | nishil.mehra@gmail.com | 72.52.87.189 | 12/10/2019 16:19:56 |
|  | nishil.mehra@gmail.com | 72.52.87.189 | 1/1/2020 2:10:08 |
|  | nishil.mehra@gmail.com | 72.52.87.189 | 5/16/2019 14:00:18 |
| 8 | rp8260@gmail.com | 74.82.60.96 | 2019-07-15 12:54:54 |
|  | rp8260@gmail.com | 74.82.60.96 | 4/3/2019 6:33:00 |
|  | rp8260@gmail.com | 74.82.60.96 | 6/16/2019 18:16:00 |
| 9 | bitihindaboris@gmail.com | 65.49.38.140 | 7/21/2019 15:59:50 |
| 10 | m27santhos@gmail.com | 72.52.87.98 | 12/5/2019 11:44:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 7/18/2019 8:13:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 8/4/2019 23:10:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 11/23/2019 17:08:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 2/12/2020 21:22:00 |
|  | m27santhos@gmail.com | 72.52.87.98 | 3/27/2020 0:41:28 |
| 11 | a.abolfazl@yahoo.com | 72.52.87.97 | 11/26/2019 20:54:52 |
|  | a.abolfazl@yahoo.com | 72.52.87.97 | 1/25/2019 4:14:46 |

|    | Email | IP | Timestamp |
|----|-------|-----|-----------|
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 6/20/2019 4:00:21 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 7/21/2019 20:57:06 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 8/3/2019 14:13:55 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 12/2/2019 1:50:43 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 12/4/2019 9:31:56 |
|    | a.abolfazl@yahoo.com | 72.52.87.97 | 2/23/2020 19:40:45 |
| 12 | madden07_21@yahoo.com | 65.49.113.50 | 11/26/2019 6:40:25 |
| 13 | pottasaiteja@gmail.com | 74.82.60.172 | 11/25/2019 4:43:23 |
|    | pottasaiteja@gmail.com | 74.82.60.172 | 7/9/2019 15:28:15 |
|    | pottasaiteja@gmail.com | 74.82.60.172 | 7/13/2019 18:14:15 |
|    | pottasaiteja@gmail.com | 74.82.60.172 | 10/14/2019 8:20:15 |
|    | pottasaiteja@gmail.com | 74.82.60.172 | 11/22/2019 17:54:09 |
| 14 | beam_528@yahoo.com | 65.49.126.92 | 1/18/2019 6:03:54 |
|    | beam_528@yahoo.com | 65.49.126.92 | 5/13/2019 6:57:06 |
|    | beam_528@yahoo.com | 65.49.126.92 | 7/14/2019 2:00:28 |
|    | beam_528@yahoo.com | 65.49.126.92 | 7/20/2019 4:34:31 |
|    | beam_528@yahoo.com | 65.49.126.92 | 10/22/2019 8:48:28 |
| 15 | owolabi_akanni@yahoo.com | 74.82.63.195 | 2/22/2019 11:10:22 |
| 16 | jceguilos02@yahoo.com | 5.152.182.191 | 5/29/2019 15:27:26 |
| 17 | oo675381@gmail.com | 74.82.63.196 | 5/9/2019 10:52:18 |
| 18 | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 6/5/2019 13:58:43 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 5/10/2019 6:54:10 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 12/7/2019 14:44:02 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 12/19/2019 2:47:48 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 2/8/2020 15:22:37 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 2/13/2020 16:10:13 |
|    | nkadimeng.mphojunior373@gmail.com | 74.82.60.192 | 11/21/2019 22:01:29 |
| 19 | tsixlass@hotmail.com | 65.49.38.141 | 10/5/2019 7:36:54 |
| 20 | justin.warner0@rediffmail.com | 72.52.87.80 | 1/25/2020 18:51:18 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 4/13/2019 7:35:19 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 6/11/2019 18:12:58 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 11/15/2019 9:34:09 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 12/4/2019 14:19:04 |
|    | justin.warner0@rediffmail.com | 72.52.87.80 | 7/15/2019 7:57:41 |
| 21 | h1366m@yahoo.com | 64.62.219.31 | 1/22/2020 21:36:46 |
| 22 | peymanrashidi@yahoo.com | 65.49.126.187 | 1/22/2020 21:57:07 |
|    | peymanrashidi@yahoo.com | 65.49.126.187 | 5/17/2019 7:38:46 |
|    | peymanrashidi@yahoo.com | 65.49.126.187 | 8/25/2019 23:00:39 |
|    | peymanrashidi@yahoo.com | 65.49.126.187 | 10/20/2019 7:30:45 |
|    | peymanrashidi@yahoo.com | 65.49.126.187 | 12/10/2019 14:57:04 |
| 23 | n.panchiwala@yahoo.in | 74.82.60.193 | 3/19/2020 5:56:05 |
|    | n.panchiwala@yahoo.in | 74.82.60.193 | 12/2/2019 10:04:49 |
|    | n.panchiwala@yahoo.in | 74.82.60.193 | 12/27/2019 1:21:12 |
|    | n.panchiwala@yahoo.in | 74.82.60.193 | 12/30/2019 22:03:09 |
| 24 | vincentlimin@yahoo.com | 72.52.87.191 | 10/11/2019 18:17:26 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 5/19/2019 13:39:27 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 6/20/2019 11:54:35 |

|    | Email | IP | Date/Time |
|---|---|---|---|
|    | vincentlimin@yahoo.com | 72.52.87.191 | 7/11/2019 23:52:42 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 11/17/2019 7:12:19 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 12/28/2019 4:34:33 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 2/6/2020 9:59:59 |
|    | vincentlimin@yahoo.com | 72.52.87.191 | 3/26/2020 16:57:58 |
| 25 | jegannathanlaalapet@gmail.com | 65.49.126.190 | 8/25/2019 15:34:56 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 7/14/2019 0:36:13 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 10/21/2019 12:01:14 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 1/16/2020 6:20:37 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 1/29/2020 2:28:41 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 2/4/2020 7:47:46 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 8/29/2019 1:37:06 |
|    | jegannathanlaalapet@gmail.com | 65.49.126.190 | 10/9/2019 17:08:49 |
| 26 | gmurage23@gmail.com | 184.104.204.2 | 10/25/2019 15:51:17 |
| 27 | neutralizer4wot@gmail.com | 77.111.246.214 | 11/30/2019 1:26:15 |

**Exhibit "1"**

| No | email address | ISP |
|---|---|---|
| 1 | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
|  | farhad.sukhia@gmail.com | Hurricane Electric / Sophidea |
| 2 | betchayhipolito@yahoo.com | Hurricane Electric / Sophidea |
|  | betchayhipolito@yahoo.com | Hurricane Electric / Sophidea |
|  | betchayhipolito@yahoo.com | Hurricane Electric / Sophidea |
| 3 | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
|  | dsvinayr5@gmail.com | Hurricane Electric / Sophidea |
| 4 | nandanlalkumar@gmail.com | Hurricane Electric / Sophidea |
|  | nandanlalkumar@gmail.com | Hurricane Electric / Sophidea |
| 5 | acctgsupervisor.rdlgroup@gmail.com | Hurricane Electric / Sophidea |
|  | acctgsupervisor.rdlgroup@gmail.com | Hurricane Electric / Sophidea |
|  | acctgsupervisor.rdlgroup@gmail.com | Hurricane Electric / Sophidea |
|  | acctgsupervisor.rdlgroup@gmail.com | Hurricane Electric / Sophidea |
| 6 | paulosoriano1975@gmail.com | Hurricane Electric / Sophidea |
|  | paulosoriano1975@gmail.com | Hurricane Electric / Sophidea |
|  | paulosoriano1975@gmail.com | Hurricane Electric / Sophidea |
|  | paulosoriano1975@gmail.com | Hurricane Electric / Sophidea |
| 7 | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
|  | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
|  | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
|  | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
|  | nishil.mehra@gmail.com | Hurricane Electric / Sophidea |
| 8 | rp8260@gmail.com | Hurricane Electric / Sophidea |
|  | rp8260@gmail.com | Hurricane Electric / Sophidea |
|  | rp8260@gmail.com | Hurricane Electric / Sophidea |
| 9 | bitihindaboris@gmail.com | Hurricane Electric / Dynaweb Foundation |
| 10 | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
|  | m27santhos@gmail.com | Hurricane Electric / Sophidea |
| 11 | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |
|  | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |

|    | Email | Provider |
|----|-------|----------|
|    | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |
|    | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |
|    | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |
|    | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |
|    | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |
|    | a.abolfazl@yahoo.com | Hurricane Electric / Sophidea |
| 12 | madden07_21@yahoo.com | Hurricane Electric / N.A. |
| 13 | pottasaiteja@gmail.com | Hurricane Electric / Sophidea |
|    | pottasaiteja@gmail.com | Hurricane Electric / Sophidea |
|    | pottasaiteja@gmail.com | Hurricane Electric / Sophidea |
|    | pottasaiteja@gmail.com | Hurricane Electric / Sophidea |
|    | pottasaiteja@gmail.com | Hurricane Electric / Sophidea |
| 14 | beam_528@yahoo.com | Hurricane Electric / Sophidea |
|    | beam_528@yahoo.com | Hurricane Electric / Sophidea |
|    | beam_528@yahoo.com | Hurricane Electric / Sophidea |
|    | beam_528@yahoo.com | Hurricane Electric / Sophidea |
|    | beam_528@yahoo.com | Hurricane Electric / Sophidea |
| 15 | owolabi_akanni@yahoo.com | Hurricane Electric / SafeChat Inc |
| 16 | jceguilos02@yahoo.com | Hurricane Electric / ElasticHosts Ltd |
| 17 | oo675381@gmail.com | Hurricane Electric / SafeChat Inc |
| 18 | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea |
|    | nkadimeng.mphojunior373@gmail.com | Hurricane Electric / Sophidea |
| 19 | tsixlass@hotmail.com | Hurricane Electric / Dynaweb Foundation |
| 20 | justin.warner0@rediffmail.com | Hurricane Electric / Sophidea |
|    | justin.warner0@rediffmail.com | Hurricane Electric / Sophidea |
|    | justin.warner0@rediffmail.com | Hurricane Electric / Sophidea |
|    | justin.warner0@rediffmail.com | Hurricane Electric / Sophidea |
|    | justin.warner0@rediffmail.com | Hurricane Electric / Sophidea |
|    | justin.warner0@rediffmail.com | Hurricane Electric / Sophidea |
| 21 | h1366m@yahoo.com | Hurricane Electric / Sophidea |
| 22 | peymanrashidi@yahoo.com | Hurricane Electric / Sophidea |
|    | peymanrashidi@yahoo.com | Hurricane Electric / Sophidea |
|    | peymanrashidi@yahoo.com | Hurricane Electric / Sophidea |
|    | peymanrashidi@yahoo.com | Hurricane Electric / Sophidea |
|    | peymanrashidi@yahoo.com | Hurricane Electric / Sophidea |
| 23 | n.panchiwala@yahoo.in | Hurricane Electric / Sophidea |
|    | n.panchiwala@yahoo.in | Hurricane Electric / Sophidea |
|    | n.panchiwala@yahoo.in | Hurricane Electric / Sophidea |
|    | n.panchiwala@yahoo.in | Hurricane Electric / Sophidea |
| 24 | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
|    | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
|    | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |

| | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
|---|---|---|
| | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
| | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
| | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
| | vincentlimin@yahoo.com | Hurricane Electric / Sophidea |
| 25 | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| | jegannathanlaalapet@gmail.com | Hurricane Electric / Sophidea |
| 26 | gmurage23@gmail.com | Hurricane Electric / Triton Digital Inc (fka Ando Media Group LLC) |
| 27 | neutralizer4wot@gmail.com | Opera Mini Proxy |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>  Plaintiffs,<br><br>  v.<br><br>DALLAS BUYERS CLUB, LLC, et al.<br><br>  Defendants. | Case No.: 3:20-CV-3813-CRB<br><br>**ATTESTATION** |

# ATTESTATION

Pursuant to LR 5-1(i)(3), I attest that concurrence in the filing of this document has been obtained from each of the other signatories who are listed on the signature. I have filed a scanned image of the signature page, signed by the parties, of the document being electronically filed, in lieu of maintaining the paper record for subsequent production if required.

DATED Kailua-Kona, Hawaii, October 18, 2020.

Respectfully submitted,

**CULPEPPER IP, LLLC**

*/s/ Kerry S. Culpepper*
Kerry S. Culpepper
*Attorney for Defendants*

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1