F. Christopher Austin
Nevada Bar No. 6559
caustin@weidemiller.com
**WEIDE & MILLER, LTD.**
10655 Park Run Drive, Suite 100
Las Vegas, Nevada 89144
Tel. (702) 382-4804
Fax (702) 382-4805

Kerry S. Culpepper
Hawaii Bar No. 9837
kculpepper@culpepperip.com
CULPEPPER IP, LLLC
75-170 Hualalai Road, Suite B204
Kailua-Kona, Hawai'i 96740
Telephone:   (808) 464-4047
Facsimile:   (202) 204-5181
Admitted *pro hac vice*

*Attorneys for Defendants:*
MILLENNIUM FUNDING, INC.; BODYGUARD PRODUCTIONS, INC.; UN4 PRODUCTIONS, INC.; HOMEFRONT PRODUCTIONS, INC.; MILLENNIUM MEDIA, INC.; CRIMINAL PRODUCTIONS, INC.; CLEAR SKIES NEVADA, LLC; HUNTER KILLER PRODUCTIONS, INC.; LHF PRODUCTIONS, INC.; RAMBO V PRODUCTIONS, INC.; FALLEN PRODUCTIONS, INC.; WICKED NEVADA, LLC; 211 PRODUCTIONS, INC.; FATHERS & DAUGHTERS NEVADA, LLC; VOLTAGE DEVELOPMENT NCCF, LLC; HB PRODUCTIONS, INC.; STATUS UPDATE, LLC; STOIC PRODUCTIONS, INC.; COBBLER NEVADA, LLC; SURVIVOR PRODUCTIONS, INC.; TREVOR SHORT; and AVI LERNER

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HURRICANE ELECTRIC LLC,<br><br>Plaintiffs,<br><br>v.<br><br>MILLENNIUM FUNDING, INC., et al.<br><br>Defendants. | Case No.: 2:20-cv-01034-JCM-DJA<br><br>**STIPULATION FOR DISMISSAL WITH COURT RETAINING JURISDICTION TO ENFORCE SETTLEMENT AGREEMENT** |

HURRICANE ELECTRIC, LLC ("Plaintiff"), through its counsel Neil D. Greenstein and Joshua M. Dickey, and MILLENNIUM FUNDING, INC.; BODYGUARD PRODUCTIONS, INC.; UN4 PRODUCTIONS, INC.; HOMEFRONT PRODUCTIONS, INC.; MILLENNIUM MEDIA, INC.; CRIMINAL PRODUCTIONS, INC.; CLEAR SKIES NEVADA, LLC; HUNTER

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047

1

|   |   |
|---|---|
| 1 | KILLER PRODUCTIONS, INC.; LHF PRODUCTIONS, INC.; RAMBO V PRODUCTIONS, |
| 2 | INC.; FALLEN PRODUCTIONS, INC.; WICKED NEVADA, LLC; 211 PRODUCTIONS, |
| 3 | INC.; FATHERS & DAUGHTERS NEVADA, LLC; VOLTAGE DEVELOPMENT NCCF, |
| 4 | LLC; HB PRODUCTIONS, INC.; STATUS UPDATE, LLC; STOIC PRODUCTIONS, INC.; |
| 5 | COBBLER NEVADA, LLC; SURVIVOR PRODUCTIONS, INC.; TREVOR SHORT; and AVI |
| 6 | LERNER ("Defendants"), through their counsel Kerry S. Culpepper and F. Christopher Austin, |
| 7 | submit this stipulation for dismissal. |

The parties have agreed to a settlement. Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties request that the Court dismiss this action and all claims and potential counterclaims subject to the Court retaining jurisdiction to enforce the terms of a written Confidential Settlement Agreement.

Each party is to bear its own costs and attorneys' fees.

Dated this 27th day of February, 2021.      Dated this 27th day of February, 2021.

**CULPEPPER IP, LLLC**      **BAILEY❖KENNEDY**

By:  /s/ Kerry S. Culpepper      By:  /s/ Joshua M. Dickey
KERRY S. CULPEPPER      JOSHUA M. DICKEY
(ADMITTED PRO HAC VICE)      8984 Spanish Ridge Avenue
75-170 Hualalai Road, Suite B204      Las Vegas, Nevada 89148-1302
Kailua Kona, HI 96740

F. CHRISTOPHER AUSTIN      In Association With:
WEIDE & MILLER, LTD.      NEIL D. GREENSTEIN
10655 Park Run Drive, Suite 100      (ADMITTED PRO HAC VICE)
Las Vegas, Nevada 89144      **TECHMARK**
    1751 Pinnacle Drive, Suite 1000
*Attorneys for Defendants*      Tysons, Virginia 22102

*Attorneys for Plaintiff*
Hurricane Electric LLC

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

Dated: March 3, 2021

CULPEPPER IP, LLLC
75-170 HUALALAI ROAD
SUITE B204
KAILUA-KONA,
HAWAII 96740
(808) 464-4047